**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6890**

---

WILLIAM HENCELY DAVIS, JR.,

Plaintiff - Appellant,

versus

W. OSMOND SMITH, III,

Defendant - Appellee.

---

**No. 04-6951**

---

WILLIAM HENCELY DAVIS, JR.,

Plaintiff - Appellant,

versus

JOEL H. BREWER,

Defendant - Appellee.

---

Appeals from the United States District Court for the Middle
District of North Carolina, at Durham. Frank W. Bullock, Jr.,
District Judge, and N. Carlton Tilley, Jr., Chief District Judge.
(CA-04-43-1; CA-03-1189-1)

---

Submitted: August 26, 2004          Decided: September 3, 2004

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

William Hencely Davis, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Hencely Davis, Jr., appeals the district court's orders accepting the recommendations of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaints under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the records and find that these appeals are frivolous. Accordingly, we dismiss the appeals on the reasoning of the district court. See Davis v. Smith, No. CA-04-43-1; Davis v. Brewer, No. CA-03-1189-1 (M.D.N.C. filed Mar. 29, 2004 & entered Mar. 30, 2004; Apr. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

DISMISSED